**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| GARRET OSTERGAARD, DAVID WADE, and JOY WADE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-01169-JPS |

**NOTICE OF PRELIMINARY SETTLEMENT AND JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs Garret Ostergaard, David Wade, and Joy Wade, and Defendant Microsoft Corporation respectfully notify the Court that they have agreed on the material terms of a settlement in principle resolving this putative class action. The parties are working in good faith on a final written settlement agreement and related papers, including a motion for preliminary approval under Rule 23.

Consistent with the conservation of the resources of this Court and the parties, the parties jointly request a 90 day stay of all deadlines and proceedings in this action, except those relating to settlement approval, while they negotiate a final settlement agreement and Plaintiffs prepare their Motion for Preliminary Approval of Class Settlement for the Court's review and approval.

Respectfully submitted,

Dated: September 22, 2026

*Attorneys for Defendant Microsoft Corp.*


*/s/ Paul Benson*_________________
Paul E. Benson (SBN 1001457)
Alexander M. DeGuire (SBN 1097948)
Attorneys for Defendant, Microsoft Corporation
**MICHAEL BEST & FRIEDRICH LLP**
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Tel.: (414) 271-6560
Email:pebenson@michaelbest.com
Email:amdeguire@michaelbest.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

H. Max Kelln (IN Bar 30358-49)
Matthew C. Olsen (IN Bar 31449-49)
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel.: (317) 237-0300
Email: h.max.kelln@faegredrinker.com
Email: matthew.olsen@faegredrinker.com

Kirstin L. Stoll-DeBell (AZ Bar 039141)
4800 N. Scottsdale Rd., Suite 2200
Scottsdale, AZ 85251
Tel.: (480) 643-1850
Email: kirstin.stolldebell@faegredrinker.com

Elizabeth M.C. Scheibel (MN Bar 0399400)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Email: elizabeth.scheibel@faegredrinker.com


*Attorneys for Plaintiffs*


*/s/ Laura Sheets*________________
Laura L. Sheets
Steven D. Liddle
D. Reed Solt
Trenten J. Ingell
**Liddle Sheets PC**
975 E. Jefferson Ave.
Detroit, MI 48207-3101
Tel.: (313) 392-0015
Email: lsheets@lsclassaction.com
Email:sliddle@lsclassaction.com
Email:rsolt@lsclassaction.com
Email:ingell@lslclassaction.com

Michael C. Lueder
**Hansen Reynolds LLC**
301 N. Broadway, Suite 300
Milwaukee, WI 53202
Tel.: (414) 455-7676
Email:mlueder@hansenreynolds.com