**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| GARRET OSTERGAARD, DAVID WADE, and JOY WADE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | ) | Case No. 2:26-cv-01169-JPS |

**PROPOSED ORDER GRANTING NOTICE OF PRELIMINARY SETTLEMENT AND JOINT MOTION TO STAY PROCEEDINGS**

Pursuant to the notice of preliminary settlement and joint motion to stay proceedings filed on behalf of the Plaintiffs Garret Ostergaard, David Wade, and Joy Wade, and Defendant Microsoft Corporation:

IT IS HEREBY ORDERED that the Notice of Preliminary Settlement and Motion is GRANTED, and that all proceedings in this action are hereby stayed until Monday, December 21, 2026.

Dated: ___________________________

BY THE COURT:

______________________________________
Judge J.P. Stadtmueller